UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: ) BK No.: 17-03651
KATHERINE KALIL )
)
) Chapter: 13
) Honorable Donald R. Cassling
)
)
Debtor(s) )

**ORDER GRANTING MOTION TO AUTHORIZE DEBTOR TO SETTLE CONFIDENTIAL SETTLEMENT, APPROVE COMPENSATION, and SHORTEN NOTICE**

THIS MATTER coming to be heard on the motion of the Debtor, the Court having jurisdiction over the parties and the subject matter and being duly advised in the premises and due notice having been given to the parties entitled thereto:

It is hereby ORDERED that:

1) Debtor's Motion to Authorize Debtor to Settle Confidential Settlement, Approve Compensation, and Shorten Notice is granted.

2) The Debtor is allowed to settle her confidential settlement arising from her complaint filed with the Equal Employment Opportunity Commission.

3) Ruth Major and The Law Offices of Ruth I. Major, P.C.'s hourly fee of $9,507.18 is approved.

4) Ruth Major is allowed to disburse the proceeds of the settlement as follows:
   a) $30,000.00 to herself as the contingency payment due from the settlement,
   b) $17,000.00 to the office of the Trustee, and
   c) the remainder to Debtor.

5) Debtor's request to shorten the notice requirement is granted.

Enter: *Donald R. Cassling*

Honorable Donald R. Cassling
United States Bankruptcy Judge

Dated: January 28, 2021

**Prepared by:**

Robert C. Bansfield Jr., A.R.D.C. #6329415
David M. Siegel & Assoc., LLC
790 Chaddick Drive
Wheeling, IL 60090
(847) 520-8100
rbansfield@davidmsiegel.com